**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **MARIA SAMANIEGO,** § | |
| § | |
| **PLAINTIFF,** § | |
| § | |
| V. § | C.A. NO. 3:17-CV-00254-DCG |
| § | |
| **SHADY SHORES OF EL PASO, LLC** § | |
| **d/b/a MOUNTAIN VIEW HEALTH** § | |
| **AND REHABILITATION,** § | |
| § | |
| **DEFENDANT.** § | |

**NOTICE OF SETTLEMENT**

In accordance with the Court's Scheduling Order [Doc. 8] counsel for the parties submit the following:

1. The parties have reached a settlement resolving all claims asserted in this action.

2. The parties require 30 days from June 14, 2018, to complete their settlement  The parties therefore request that the Court allow them to file the dismissal papers by July 17, 2018.

3. Because this is a settlement of a bona fide dispute about time worked and not a compromise of guaranteed FLSA substantive rights, the parties do not believe that judicial approval is required for the settlement to be enforceable. *Martin v. Spring Break '83 Productions, L.L.C.*, 688 F.3d 247, 255 (5th Cir. 2012). The parties therefore request notification from the Court if a motion to approve the settlement is required.

Dated:  June 19, 2018.

                        Respectfully submitted,

                        */s/Raymond D. Martinez*
                        Raymond D. Martinez
                        State Bar No. 24002537
                        raymond@martinezlawyers.com
                        Jonathan L.R. Baeza
                        State Bar No. 24092066
                        jonathan@martinezlawyers.com
                        MARTINEZ & MARTINEZ LAW FIRM, PLLC
                        730 E. Yandell Dr.
                        EL Paso, Texas 79902
                        (915) 541-1000
                        (915) 541-1002 (fax)

                        **ATTORNEYS FOR PLAINTIFF**
                        **MARIA SAMANIEGO**


                        / s/ Shannon D. Norris
                        Shannon D. Norris
                        *Lead Attorney*
                        State Bar No. 00788129
                        NORRIS LAW FIRM, PLLC
                        735 Plaza Boulevard, Suite 200
                        Coppell, Texas 75019
                        Telephone: (214) 396-4700
                        Facsimile: (214) 396-4777
                        E-mail: sdnorris@norrisfirm.com

                        Chris M. Borunda
                        State Bar No. 00789161
                        RAY, McCHRISTIAN & JEANS, P.C.
                        5822 Cromo Drive
                        El Paso, Texas 79912
                        Telephone: (915) 832-7200
                        Facsimile: (915) 832-7333
                        Email: cborunda@rmjfirm.com

                        **ATTORNEYS FOR DEFENDANT**
                        **SHADY SHORES OF EL PASO, LLC**
                        **D/B/A MOUNTAIN VIEW HEALTH &**
                        **REHABILITATION**

## CERTIFICATE OF SERVICE

I certify that on June 19, 2018, a correct copy of the foregoing document was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure, via CM/ECF and/or e-mail, addressed as follows:

Raymond D. Martinez, Esq.
Jonathan L.R. Baeza, Esq.
Martinez & Martinez Law Firm, PLLC
730 E. Yandell Dr.
El Paso, Texas 79902

        /s/ Shannon D. Norris
        Shannon D. Norris