**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| MARIA SAMANIEGO, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | C.A. NO. 3:17-CV-00254 |
| | § | |
| SHADY SHORES OF EL PASO, LLC | § | |
| D/B/A MOUNTAIN VIEW HEALTH | § | |
| AND REHABILITATION, | § | |
| | § | |
| DEFENDANT. | § | |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF THIS COURT:

The undersigned parties, having resolved all claims and causes of action existing between them, jointly move to dismiss this case with prejudice, with each party to bear its own attorney's fees and costs.

Date: July 19, 2018.

Respectfully submitted,

/s/ Jonathan L.R. Baeza
Raymond D. Martinez
State Bar No. 24002537
raymond@martinezlawyers.com
Jonathan L.R. Baeza
State Bar No. 24092066
jonathan@martinezlawyers.com
MARTINEZ & MARTINEZ LAW FIRM, PLLC
730 E. Yandell Dr.
EL Paso, Texas 79902
(915) 541-1000
(915) 541-1002 (fax)

**ATTORNEYS FOR PLAINTIFF**

/s/ Shannon D. Norris
Shannon D. Norris
State Bar No. 00788129
NORRIS LAW FIRM, PLLC
735 Plaza Boulevard, Suite 200
Coppell, Texas 75019
Telephone:  (214) 396-4700
Facsimile:  (214) 396-4777
Email:  sdnorris@norrisfirm.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2018, a true and correct copy of the foregoing document was served on the following counsel of record pursuant to the Federal Rules of Civil Procedure via electronic service:

Raymond D. Martinez, Esq.
Jonathan L.R. Baeza, Esq.
Martinez & Martinez Law Firm, PLLC
730 E. Yandell Dr.
El Paso, Texas 79902

/s/ Shannon D. Norris
Shannon D. Norris